Keith Russell JUDD, Plaintiff–
Appellant,

v.

Marques MARTIN, Warden, and
Federal Correctional Complex
Low, Defendants–Appellees.

Nos. 2008–1431, 2008–1432.

United States Court of Appeals,
Federal Circuit.

June 26, 2008.

**ORDER**

The appellant having failed to pay the
docketing fee required by Federal Circuit
Rule 52(a)(1) within the time permitted by
the rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.